**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Underground Creative, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FDBA  Underground Creative, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3172035** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11 South Benton Street** <br> **Suite A** <br> **Kennewick, WA 99336** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Benton** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

24-00850-WLH11    Doc 1    Filed 05/28/24    Entered 05/28/24 10:41:14    Pg 1 of 40

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5414</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

24-00850-WLH11   Doc 1   Filed 05/28/24   Entered 05/28/24 10:41:14   Pg 2 of 40

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

■■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

■ 1-49                 ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**

☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/17/2024**
               MM / DD / YYYY

**X** */s/ Michael Page*                                    **Michael Page**
*Signature of authorized representative of debtor*          Printed name

**X** */s/ Jerrod Lindblom*                                 **Jerrod Lindblom**
*Signature of authorized representative of debtor*          Printed na e
Title    **Co-Owner & Members**

**18. Signature of attorney**

**X** */s/ Dan O'Rourke*                                    Date    **5/17/2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Dan O'Rourke**
Printed name

**Southwell & O'Rourke, P.S.**
Firm name

**421 W. Riverside Avenue**
**Suite 960**
**Spokane, WA 99201**
Number, Street, City, State & ZIP Code

Contact phone    **509-624-0159**    Email address    **dorourke@southwellorourke.com**

**4911 WA**
Bar number and State

**United States Bankruptcy Court**
**Eastern District of Washington**

In re:    UNDERGROUND CREATIVE, LLC                                      Case No.
                                                                         Chapter **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

**We, Michael Page and Jerrod Lindblom,** declare under penalty of perjury that we are the Members and Managers of Underground Creative, LLC a Limited Liability Company, and that on March <u>17</u>, 2024, the following resolution was duly adopted by the Board of Directors of this Limited Liability Company.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Page, Member and Manager, of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that, Michael Page, Member and Manager, of this Limited Liability Company, is authorized and directed in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

Be It Further Resolved, that Michael Page, Member and Manager, of this Limited Liability Company, is authorized and directed to employ Southwell & O'Rourke, P.S., to represent the Limited Liability Company in such bankruptcy case."

Executed on: <u>5/17/24</u>                      Signed: <u>/s/ Michael Page</u>
                                                         MICHAEL PAGE, Member/Manager

Executed on: <u>5/17/24</u>                      Signed: <u>/s/ Jerrod Lindblom</u>
                                                         JERROD LINDBLOM, Member/Manager

**Fill in this information to identify the case:**

Debtor name    **Underground Creative, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Schedules I and J**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/17/2024**      X **/s/ Michael Page**
                                        Signature of individual signing on behalf of debtor

                                        **Michael Page**
                                        Printed name

                                        X **/s/ Jerrod Lindblom**
                                        Signature of individual signing on behalf of debtor

                                        **Jerrod Lindblom**
                                        Printed name

                                        **Co-Owners & Member**
                                        Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name   **Underground Creative, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*............................................................. $       **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................ $       **101,895.23**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.......................................................... $       **101,895.23**

---

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $       **137,368.02**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $       **8,525.86**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$       **387,560.37**

4.    **Total liabilities** .................................................................................
     Lines 2 + 3a + 3b      $       **533,454.25**

Debtor name **Underground Creative, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number *(if known)*

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Deposits of Money** | | | **$4,667.48** |
| 3.2. | **Lease Security Deposit** | | | **$800.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$5,467.48**

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 81,827.75 | - | 0.00 | = .... | $81,827.75 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $81,827.75 |
|---|

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Office Furniture | $0.00 | | $2,500.00 |
| Office Equipment | $0.00 | | $12,100.00 |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $14,600.00 |
|---|

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.        **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
       **Claim against Samson MCA, LLC for breach of contract and other claims.**                                                                    **Unknown**
       Nature of claim
       Amount requested                          $0.00

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                    $0.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,467.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $81,827.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $101,895.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $101,895.23 |

24-00850-WLH11     Doc 1     Filed 05/28/24     Entered 05/28/24 10:41:14     Pg 13 of 40

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| **2.1** **First Interstate Bank** <br> Creditor's Name <br><br> **8127 W. Grandridge Blvd** <br> **Kennewick, WA 99336** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **Accounts, Office Furniture, and Equipment** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $58,618.02 | $96,427.00 |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | Column A | Column B |
|---|---|---|---|
| **2.2** **Samson MCA, LLC** <br> Creditor's Name <br><br> **17 State Street** <br> **6th Floor** <br> **New York, NY 10004** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **Accounts ($81,827 - $58,618)** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | $78,750.00 | $23,209.00 |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Debtor    **Underground Creative, LLC**            Case number (*if known*)  _____
          _____
          Name

■ No
☐ Yes. Specify each creditor,      ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                           ■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $137,368.02 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name  **Underground Creative, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Jerrod Lindblom**<br>**916 W. 24th Avenue**<br>**Kennewick, WA 99337** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Michael Page**<br>**7907 W. Falls Place**<br>**Kennewick, WA 99336** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,125.86 | $6,125.86 |
|---|---|---|---|---|

**State of Washington**
**Department of Revenue**
**1330 N. Washington St., Suite 5600**
**Spokane, WA 99207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order** all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $936.92 |

**Callsource**
**PO Box 60280**
**Los Angeles, CA 90060-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,714.59 |
|---|---|---|---|

**Fox KFFX**
**6725 W. Clearwater Ave., Suite A**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,837.36 |
|---|---|---|---|

**Insight Accounting**
**110 Gage Blvd Ste 100**
**Richland, WA 99352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,547.00 |
|---|---|---|---|

**Jacobs Radio**
**2617 W. Falls Avenue**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,237.50 |
|---|---|---|---|

**JamLoop**
**1261 Locust St #72**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

24-00850-WLH11    Doc 1    Filed 05/28/24    Entered 05/28/24 10:41:14    Pg 17 of 40

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Jerrod Lindblom**
**916 W. 24th Avenue**
**Kennewick, WA 99337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,289.00 |
|---|---|---|---|

**KEPR/KIMA**
**2807 W. Lewis**
**Pasco, WA 99301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,802.50 |
|---|---|---|---|

**KNDU**
**3312 W. Kennewick Avenue**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,141.15 |
|---|---|---|---|

**KVEW (Apple Valley Broadcasting)**
**601 N. Edison Street**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Landon Center, LLC**
**4707 W. 20th Avenue**
**Kennewick, WA 99338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Michael Page**
**7907 W. Falls Place**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,546.28 |
|---|---|---|---|

**Numerica Credit Union**
**14610 E. Sprague Avenue**
**Spokane Valley, WA 99216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Line of Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

24-00850-WLH11     Doc 1     Filed 05/28/24     Entered 05/28/24 10:41:14     Pg 18 of 40

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,270.26** |
|---|---|---|---|

**OnDeck Financing**
4700 W. Daybreak Parkway
Suite 200
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,858.34** |
|---|---|---|---|

**Quickbooks Capital**
2700 Coast Avenue
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,541.00** |
|---|---|---|---|

**Samson MCA, LLC**
17 State Street
6th Floor
New York, NY 10004

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,317.62** |
|---|---|---|---|

**Spectrum**
400 Columbia Point Drive
Richland, WA 99352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,342.50** |
|---|---|---|---|

**Stephens Media**
4304 W. 24th Ave., Suite 200
Kennewick, WA 99336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Szabo Associates, Inc.**
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,174.35** |
|---|---|---|---|

**Townsquare Media**
2621 W. A Street
Pasco, WA 99301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Tri Cities Journal of Business**<br>**8524 W. Gage Blvd A1-300**<br>**Kennewick, WA 99336**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,694.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Tu Decides**<br>**1 West Yakima Avenue**<br>**Yakima, WA 98902**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,250.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Yakima Herald**<br>**114 N. 4th Street**<br>**Yakima, WA 98901**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,060.00** |

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Callsource**<br>**5601 Lindero Canyon Road**<br>**Suite 210**<br>**Westlake Village, CA 91362** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 8,525.86 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 387,560.37 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.    $ | 396,086.23 |

24-00850-WLH11    Doc 1    Filed 05/28/24    Entered 05/28/24 10:41:14    Pg 20 of 40

Fill in this information to identify the case:

Debtor name **Underground Creative, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of business space commonly known as 11 South Benton Street, Suite A, Kennewick, Washington 99336 at $800 per month.** |
| State the term remaining | **One (1) year beginning 4/1/24** |
| | **Scharold Enterprises, LLC** |
| | **610 W. Kennewick Avenue** |
| List the contract number of any government contract | _____ **Kennewick, WA 99336** |

24-00850-WLH11     Doc 1     Filed 05/28/24     Entered 05/28/24 10:41:14     Pg 21 of 40

**Fill in this information to identify the case:**

Debtor name    **Underground Creative, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jerrod Lindblom** | **916 W. 24th Avenue**<br>**Kennewick, WA 99337** | **Landon Center, LLC** | ☐ D ____<br>■ E/F __**3.10**__<br>☐ G ____ |
| 2.2 | **Jerrod Lindblom** | **916 W. 24th Avenue**<br>**Kennewick, WA 99337** | **Numerica Credit Union** | ☐ D ____<br>■ E/F __**3.12**__<br>☐ G ____ |
| 2.3 | **Jerrod Lindblom** | **916 W. 24th Avenue**<br>**Kennewick, WA 99337** | **First Interstate Bank** | ■ D __**2.1**__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Jerrod Lindblom** | **916 W. 24th Avenue**<br>**Kennewick, WA 99337** | **OnDeck Financing** | ☐ D ____<br>■ E/F __**3.13**__<br>☐ G ____ |
| 2.5 | **Jerrod Lindblom** | **916 W. 24th Avenue**<br>**Kennewick, WA 99337** | **Samson MCA, LLC** | ■ D __**2.2**__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Underground Creative, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Michael Page** | **7907 W. Falls Place**<br>**Kennewick, WA 99336** | **Landon Center, LLC** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.7 | **Michael Page** | **7907 W. Falls Place**<br>**Kennewick, WA 99336** | **Numerica Credit Union** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.8 | **Michael Page** | **7907 W. Falls Place**<br>**Kennewick, WA 99336** | **First Interstate Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

```
 1   DAN O'ROURKE
     SOUTHWELL & O'ROURKE, P.S.
 2   Attorneys at Law
     960 Paulsen Center
 3   W. 421 Riverside Avenue
     Spokane, WA 99201
     (509) 624-0159
 4
 5              UNITED STATES BANKRUPTCY COURT
 6        IN AND FOR THE EASTERN DISTRICT OF WASHINGTON
 7   In re:                          No.: 24-
 8   UNDERGROUND CREATIVE, LLC,      Chapter 11
 9           Debtor.                 SCHEDULES I & J
10
11       Attached hereto and marked as Exhibit "A" is a true and correct copy of Debtor's
12   Profit and Loss statement constituting Debtor's Schedule I and J.
13
14   DATED: 5/17/24              /s/ Jerrod Lindblom
15                               JERROD LINDBLOM
16
17   DATED: 5/17/24              /s/ Michael Page
18                               MICHAEL PAGE
19
20
21
22
23
24
25   Schedules I & J-1
```

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

|  | Budget |
|---|---|
| **Income** | |
| Account Management | |
| Design | 9,145.00 |
| Digital Marketing | 36,867.84 |
| Hosting | 8,300.00 |
| Media Production | 10,525.00 |
| Print | 1,500.00 |
| Sales | 1,450.00 |
| Search | 2,000.00 |
| SEO | 3,020.00 |
| Social Media | 1,400.00 |
| Website | 2,650.00 |
| **Total Income** | $ 76,857.84 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 186.67 |
| Client Domain | 91.30 |
| Cost of Goods Sold - misc | 12.00 |
| Digital Mkting | 1,500.00 |
| **Total Cost of Goods Sold** | $ 1,789.97 |
| Marketing & Media for Clients | 31,974.77 |
| Advertising Printed Media | 861.98 |
| Digital Marketing | 503.00 |
| Print | 35.00 |
| Radio/TV | 1,105.00 |
| **Total Marketing & Media for Clients** | $ 34,479.75 |
| **Total Cost of Goods Sold** | $ 36,269.72 |
| **Gross Profit** | $ 40,588.12 |
| **Expenses** | |
| Bank Charges & Fees | 363.30 |
| Computer Equipment | 271.72 |
| Contractors | 4,350.00 |
| Domain Costs | 13.04 |
| Dues and Subscriptions | 60.39 |
| Job Supplies | 308.91 |
| Loan Payment | 1,450.00 |
| Meals & Entertainment | 235.13 |
| Office Refreshments | 31.89 |
| Office Snacks/Supplies | 51.25 |
| Office Supplies & Software | 3,045.77 |
| Phone / Internet | 430.00 |
| QuickBooks Payments Fees | 1,216.68 |
| Rent & Lease | 800.00 |
| Taxes & Licenses | |
| **Total General Administrative Expenses** | $ 12,628.08 |
| Insurance | 834.59 |
| Mileage Reimbursement | 117.75 |
| Taxes | 1,769.92 |
| Wages | 20,622.82 |

*EXHIBIT A*

| | | |
|---|---|---:|
| **Total Payroll Expenses** | $ | **23,345.08** |
| **Purchases** | | |
| **Reimbursements** | | 25.00 |
| **Travel** | | 137.00 |
| Hotels | | 75.00 |
| Meals | | 164.08 |
| Transportation | | 1,072.03 |
| **Total Travel** | $ | **1,097.03** |
| **Utilities** | | 236.62 |
| **Total Expenses** | $ | **37,070.19** |
| **Net Operating Income** | $ | **3,517.93** |

**Fill in this information to identify the case:**

Debtor name   **Underground Creative, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other   **Business** | **$287,672.04** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Business** | **$1,717,011.06** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Business** | **$1,967,754.73** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Samson MCA, LLC** **17 State Street** **6th Floor** **New York, NY 10004** | **Since November 15, 2023** | **$27,443.56** | ☐ Secured debt ☑ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Weekly debt payment** |
| 3.2. **On Deck Financial** **4700 W. Daybreak Pkwy** **Suite 200** **South Jordan, UT 84009** | | **$84,270.00** | ☐ Secured debt ☑ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Weekly debt payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jerrod Lindblom** **916 W. 24th Avenue** **Kennewick, WA 99337** **Co-Owner** | **3/1/23-3/1/24** | **$92,367.44** | **Payroll and End of Year Bonus of $5,000** |
| 4.2. **Michael Page** **7907 W. Falls Place** **Kennewick, WA 99336** **Co-Owner** | **3/1/23-3/1/24** | **$92,367.44** | **Payroll and End of Year Bonus of $5,000** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Samson MCA, LLC v. Debtor, et. al.** | **Suit to collect** | **Supreme Court<br>State of New York<br>County of Rockland** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Southwell & O'Rourke, P.S.<br>421 W. Riverside Avenue<br>Suite 960<br>Spokane, WA 99201** | See 2016 Disclosure | | |
| **Email or website address<br>dorourke@southwellorourke.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Derek Munson | Derek Munson gave his company shares to Michael and Jerrod in October of 2023 and left the company. No cash exchanged hands, but we released his liability for debts. | 10/1/2023 | $0.00 |
| | Relationship to debtor None | | | |

---

**Part 7:  Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 212 W. Kennewick Avenue Suite B Kennewick, WA 99336 | 11/1/2019-6/1/2022 |
| 14.2. | 4206 W. 24th Avenue Suite B101 Kennewick, WA 99336 | 6/1/22-4/1/24 |

---

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Website addresses, emails, DNS records, and credit cards saved in Quickbooks and Square for Automatic Payments**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Interstate Bank** | **XXXX-7137** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2/23/2024** | **$0.00** |
| 18.2. | **First Interstate Bank** | **XXXX-7308** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2/23/2024** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Insight Accounting** **110 Gage Blvd, Suite 100** **Richland, WA 99352** | **1/22-1/24** |
| 26a.2. **Jacob Rose** **Highline Accounting** | **Current CPA** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.
   ☐ None

| Name and address |
|---|
| 26d.1. **No formal financial statements given** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jerrod Lindblom** | **916 W. 24th Avenue Kennewick, WA 99337** | **Co-owner** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Page** | **7907 W. Falls Place Kennewick, WA 99336** | **Co-owner** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Derek Munson** | **2515 W. Clearwater Avenue Kennewick, WA 99336** | **Co-owner** | 11/1/2019-9/30/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|-----------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>5/17/2024</u>

<u>/s/ Michael Page</u>                              **Michael Page**
Signature of individual signing on behalf of the debtor     Printed name

<u>**/s/ Jerrod Lindblom**</u>                        **Jerrod Lindblom**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Co-Owners & Members**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re  **Underground Creative, LLC**                Case No. _____

                                          Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................ $ _____ *
   
   Prior to the filing of this statement I have received ........................... $ _____ *
   
   Balance Due ............................................................................... $ _____ *

2. $ __**1,738.00**__ of the filing fee has been paid.     *$23,262.00 received for pre-petition fees and costs.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:     $425.00 per hour for Attorney Dan O'Rourke, $400.00 per hour for Attorney Kevin O'Rourke, and $140.00 per hour for Paralegal, plus costs.

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__5/17/2024__

*Date*

/s/ Dan O'Rourke

**Dan O'Rourke**
*Signature of Attorney*
**Southwell & O'Rourke, P.S.**
**421 W. Riverside Avenue**
**Suite 960**
**Spokane, WA 99201**
**509-624-0159  Fax: 509-624-9231**
**dorourke@southwellorourke.com**
*Name of law firm*

---

**United States Bankruptcy Court**
**Eastern District of Washington**

In re  **Underground Creative, LLC** _____  Case No. _____

                                               Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Owner & Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **5/17/2024** _____      **/s/ Michael Page** _____
                                                  **Michael Page/Co-Owner & Member**
                                                  Signer/Title

Date:  **5/17/2024_** _____      **/s/ Jerrod Lindblom** _____
                                                    **Jerrod Linblom/Co-Owner & Member**
                                                      **Signer/Title**

```
UNDERGROUND CREATIVE, LLC
11 SOUTH BENTON STREET
SUITE A
KENNEWICK, WA 99336


DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
421 W. RIVERSIDE AVENUE
SUITE 960
SPOKANE, WA 99201


CALLSOURCE
PO BOX 60280
LOS ANGELES, CA 90060-0280


CALLSOURCE
5601 LINDERO CANYON ROAD
SUITE 210
WESTLAKE VILLAGE, CA 91362


FIRST INTERSTATE BANK
8127 W. GRANDRIDGE BLVD
KENNEWICK, WA 99336


FOX KFFX
6725 W. CLEARWATER AVE., SUITE A
KENNEWICK, WA 99336


INSIGHT ACCOUNTING
110 GAGE BLVD STE 100
RICHLAND, WA 99352


JACOBS RADIO
2617 W. FALLS AVENUE
KENNEWICK, WA 99336


JAMLOOP
1261 LOCUST ST #72
WALNUT CREEK, CA 94596
```

JERROD LINDBLOM
916 W. 24TH AVENUE
KENNEWICK, WA 99337


KEPR/KIMA
2807 W. LEWIS
PASCO, WA 99301


KNDU
3312 W. KENNEWICK AVENUE
KENNEWICK, WA 99336


KVEW (APPLE VALLEY BROADCASTING)
601 N. EDISON STREET
KENNEWICK, WA 99336


LANDON CENTER, LLC
4707 W. 20TH AVENUE
KENNEWICK, WA 99338


MICHAEL PAGE
7907 W. FALLS PLACE
KENNEWICK, WA 99336


NUMERICA CREDIT UNION
14610 E. SPRAGUE AVENUE
SPOKANE VALLEY, WA 99216


ONDECK FINANCING
4700 W. DAYBREAK PARKWAY
SUITE 200
SOUTH JORDAN, UT 84009


QUICKBOOKS CAPITAL
2700 COAST AVENUE
MOUNTAIN VIEW, CA 94043

```
SAMSON MCA, LLC
17 STATE STREET
6TH FLOOR
NEW YORK, NY 10004


SCHAROLD ENTERPRISES, LLC
610 W. KENNEWICK AVENUE
KENNEWICK, WA 99336


SPECTRUM
400 COLUMBIA POINT DRIVE
RICHLAND, WA 99352


STATE OF WASHINGTON
DEPARTMENT OF REVENUE
1330 N. WASHINGTON ST., SUITE 5600
SPOKANE, WA 99207


STEPHENS MEDIA
4304 W. 24TH AVE., SUITE 200
KENNEWICK, WA 99336


SZABO ASSOCIATES, INC.
3355 LENOX ROAD NE, SUITE 945
ATLANTA, GA 30326


TOWNSQUARE MEDIA
2621 W. A STREET
PASCO, WA 99301


TRI CITIES JOURNAL OF BUSINESS
8524 W. GAGE BLVD A1-300
KENNEWICK, WA 99336


TU DECIDES
1 WEST YAKIMA AVENUE
YAKIMA, WA 98902
```

```
YAKIMA HERALD
114 N. 4TH STREET
YAKIMA, WA 98901
```